


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 556-9800

August 21, 2006

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 23 2006
DISTRICT OF HAWAII

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-10472 | USA v. Roberts | CR-04-00239-DAE |

Dear Clerk:

   The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

   The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

                                        Very truly yours,

                                        Cathy A. Catterson
                                        Clerk of Court

                                        By: Bradley Ybarreta
                                        Deputy Clerk

Enclosure(s)
cc: All Counsel